IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cannon, Jimmy L

Printed: 9/3/08

Case Number: 06 B 06202
Judge: Wedoff, Eugene R

Filed: 5/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,043.22 |  |
| Secured: |  | 1,003.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,274.00 |
| Trustee Fee: |  | 175.42 |
| Other Funds: |  | 590.22 |
| Totals: | 4,043.22 | 4,043.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,274.00 | 2,274.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 5,901.48 | 1,003.58 |
| 5. | Peoples Energy Corp | Unsecured | 1,684.75 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 10,486.39 | 0.00 |
| 7. | Loan Machine | Unsecured | 1,236.67 | 0.00 |
| | | | _____ | _____ |
| | | | $ 21,583.29 | $ 3,277.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 25.39 |
| 4.8% | 72.07 |
| 5.4% | 77.96 |
|  | _____ |
|  | $ 175.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cannon, Jimmy L

Printed:  9/3/08

Case Number:  06 B 06202
Judge:  Wedoff, Eugene R
Filed:  5/30/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____